In the Matter of the Claim of EDWARD GUIDA, against PENNSYLVANIA RAILROAD COMPANY, Respondent.

THE STATE INDUSTRIAL COMMISSION, Appellant.

*Guida* v. *Pennsylvania R. R. Co.*, 183 App. Div. 822, affirmed.
(Argued November 12, 1918; decided November 26, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1918, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. The award was for funeral expenses on account of the death of Michael Panella, who died as a result of burns received by him while engaged in cleaning a boiler at the Pennsylvania Railroad Company's power house at Long Island City, which supplies electric current for the Long Island Railroad Company and for the Pennsylvania Railroad Company. The trains operated by the Long Island Railroad Company, which derive their motive power from this power house, run entirely within the state of New York, but are engaged indiscriminately in both interstate and intrastate commerce. The trains of the Pennsylvania Railroad Company, which are operated through current generated from this power house, run from the Long Island City yards in the state of New York to Manhattan transfer in the state of New Jersey. The defendant

contended that its employee was engaged in interstate commerce at the time of the accident.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), for appellant.

*Ray Rood Allen* and *Samuel C. Coleman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and MCLAUGHLIN, JJ. Dissenting: HOGAN and CRANE, JJ.